# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,<br><br>Defendants. | ED<br>**Case No.:** CV16-2026 MWF (DTBx)<br><br>[~~PROPOSED~~] **ORDER**<br><br>**HON. MICHAEL W. FITZGERALD** |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders Defendant TRANS UNION LLC to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 20, 2016

_____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE