**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
David McGlothlin, Esq. (253265)
david@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Andra Jay As Executor Of The Estate Of Rita Cutler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NAVIENT SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** CV16-2026 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Equifax be vacated and that the Court set a deadline on or after February 7, 2016 for filing a Joint Dismissal.

For purposes of clarity, only Plaintiff's claims as alleged against Defendant NAVIENT SOLUTIONS, INC. ("Navient") are still pending before this Court. Defendant TRANS UNION LLC ("Trans Union") was dismissed from this Action on October 20, 2016. [ECF No. 20].

Dated: December 7, 2016                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement re: Equifax* has been filed this 7th day of December, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker

NOTICE OF SETTLEMENT RE: EQUIFAX                    PAGE 1 OF 1