VEDDER PRICE (CA), LLP
LISA M. SIMONETTI (SB# 165996)
lsimonetti@vedderprice.com
CHRISTOPHER R. RAMOS (SB# 301556)
cramos@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 (424) 204 7700
F: +1 (424) 204 7702

*Attorneys for Defendant*
*Navient Solutions, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No. 5:16-cv-02026-MWF-DTB<br><br>**DECLARATION OF LISA M. SIMONETTI IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]<br><br>Hon. Michael W. Fitzgerald<br><br>Date:   November 13, 2017<br>Time:   10:00 a.m.<br>Room:   5A<br><br>Complaint filed: September 22, 2016<br>Trial Date:   None |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

SIMONETTI DECL. IN SUPP. OF
NSL'S MOT. FOR SUMM. J.
5:16-CV-02026-MWF-DTB

LOS_ANGELES/#31753

## DECLARATION OF LISA M. SIMONETTI

I, Lisa M. Simonetti, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a shareholder with the law firm of Vedder Price (CA), LLC, attorneys of record for defendant Navient Solutions, LLC ("NSL"), formerly known as Navient Solutions, Inc. and Sallie Mae, Inc., in this action. I make this declaration in support of NSL's Motion for Summary Judgment. The facts stated herein are true and correct based upon my own personal knowledge, and if called as a witness to testify, I could and would competently testify thereto.

2. On June 9, 2017, I deposed the plaintiff in this action, Andra Jay ("Jay"), as the executor of the estate of Rita Cutler. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Jay's deposition ("Jay Transcript").

3. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 2 to the Jay Transcript.

4. Attached hereto as **Exhibit C** are true and correct copies of Exhibits 3, 4, and 5 to the Jay Transcript.

5. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 8 to the Jay Transcript.

6. On September 29, 2017, I defended the deposition of Brad Jones ("Jones"), NSL's Director of Credit Bureau Management and Fraud. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of Jones' deposition ("Jones Transcript").

7. Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 13 to the Jones Transcript.

8. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 12 to the Jones Transcript.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

SIMONETTI DECL. IN SUPP. OF
NSL'S MOT. FOR SUMM. J.
5:16-CV-02026-MWF-DTB

LOS_ANGELES/#31753

1  9. Attached hereto as **Exhibit H** is a true and correct copy of Exhibit 14 to the Jones Transcript.

10. On September 28, 2017, I met-and-conferred with Jay's counsel, Matthew M. Loker, and discussed the substance of NSL's contemplated Motion for Summary Judgment. Mr. Loker and I were unable to reach a resolution which would eliminate the necessity for a hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October 2017, at Los Angeles, California.

*/s/ Lisa M. Simonetti*
LISA M. SIMONETTI

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

LOS_ANGELES/#31753

- 2 -

SIMONETTI DECL. IN SUPP. OF
NSL'S MOT. FOR SUMM. J.
5:16-CV-02026-MWF-DTB