VEDDER PRICE (CA), LLP
LISA M. SIMONETTI (SB# 165996)
lsimonetti@vedderprice.com
CHRISTOPHER R. RAMOS (SB# 301556)
cramos@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 (424) 204 7700
F: +1 (424) 204 7702

*Attorneys for Defendant*
*Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 5:16-cv-02026-MWF-DTB<br><br>**DECLARATION OF BRAD JONES IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Michael W. Fitzgerald<br><br>Date: November 13, 2017<br>Time: 10:00 a.m.<br>Room: 5A<br><br>Complaint filed: September 22, 2016<br>Trial Date: February 20, 2018 |

I, Brad Jones, declare under penalty of perjury as follows:

1. I am over 18 years of age and competent to testify. I make this Declaration in support of Defendant Navient Solutions, LLC's ("NSL") Motion for Summary Judgment.

2. I am an employee of NSL, and my current position is Director of Credit Bureau Management and Fraud. Based on my responsibilities in that position, I am familiar with the recordkeeping, operations and policies of NSL with respect to credit reporting, and I make this declaration on the basis of my personal knowledge, as well as my review of applicable records, which are maintained by NSL in the ordinary course of business.

3. Pursuant to industry practice, when a credit data furnisher, such as NSL, receives an Automated Consumer Dispute Verification ("ACDV") form from a credit bureau via Online Solution for Complete and Accurate Reporting ("e-Oscar") regarding a consumer credit dispute, the furnisher reviews its records to confirm whether the information provided to the credit bureaus was correct. If the furnisher concludes that the information provided to the credit bureaus was correct, it responds by sending an ACDV back to the bureaus via e-OSCAR indicating that the information is correct and no changes should be made. If, however, the furnisher determines that the information it provided was inaccurate, it will indicate corrections on the ACDV, which is then sent back to the credit bureaus via e-OSCAR, and the consumer's credit reports will be updated.

4. NSL received an ACDV via e-OSCAR from the credit bureau Equifax, as the result of a letter sent by plaintiff Andra Jay ("Jay"), as the executor of the estate (the "Estate") of Rita Cutler ("Cutler"), to Equifax on or about July 8, 2016. The ACDV was reviewed by Donald McFadden ("McFadden") of Advanced Call Center Technologies, LLC, a third party contractor hired by NSL to process such disputes. Based on the documentation available to him from NSL's loan servicing systems (which did not include information about the litigation of an identity theft

issue in the matter entitled <u>Andra Jay v. Sallie Mae, Inc., et al.</u>, Case No. 5:13-cv-2142-MWF-DTBS ("<u>Jay I</u>"), but reflects what appears to be Cutler's signature on the promissory note), McFadden generated an ACDV response to Equifax. (<u>See</u> Tr. of Dep. of Brad Jones, Ex. 12.)[1]

5. As a result of the ACDV (and NSL's ACDV response) triggered by Jay's July 8 letters, on August 8, 2016, an automated letter was sent to Cutler. (<u>See</u> Tr. of Dep. of Andra Jay, Ex. 8.)

6. Following the settlement of <u>Jay I</u> in November 2015, NSL made no attempt to collect from Jay, Cutler or the Estate any amounts on a defaulted student loan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2017, at Newark, Delaware.

_____
BRAD JONES

---

[1] Deposition transcripts and the exhibits thereto are attached to the Declaration of Lisa M. Simonetti, filed concurrently herewith.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

LOS_ANGELES/#32879